LUBY · YOEMANS, *Petitioner*, vs. THE STATE OF FLORIDA, *Respondent*.

Division A.

Decision filed May 8, 1931.

*Watt Lawler*, for Petitioner;

*Cary D. Landis*, Attorney General, and *Roy Campbell*, Assistant, for Respondent.

PER CURIAM.—On authority of the opinion and judgment in the case of Benton vs. The State, 74 Fla. 30, 76 Sou. 341, the writ of certiorari should be quashed. It is so ordered.

BUFORD, C.J., AND WHITFIELD, ELLIS, AND TERRELL, J.J. concur.

BROWN, J., dissents.

DAVIS, J., disqualified.

BROWN, J., dissenting:

A part of the material evidence on which this man was convicted in the County Court was obtained by an unlawful search of his person. Due objection was made by defendant. I think the admission of this evidence was a "departure from the essential requirements of the law," and that the Circuit Court should have reversed the judgment of the County Court. See Brinson v. Tharin, 99 Fla. 696, 127 So. 313.